UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

**19-9712**

**SECT.MMAG.2**

Jaxon Jarrell Spikes

v.

Case No.

Lewis Murry

Petition For A Writ Of Habeas Corpus Under 28 U.S.C. § 2241

1. Jaxon Jarrell Spikes
   Jaxon Jarrell Hughes

2. Elayn Hunt Correctional Center
   P.O. Box 174   St. Gabriel, LA. 70776
   537025

3. State authorities

4. Serving a sentence incarcerated after having been convicted of a crime
   22nd District-Courtroom Franklinton, Louisiana
   16-CRC-129868
   June 26, 2017

5. Detainer
   Other: I was ~~charged~~ (indicted) with three attempted murder on ~~October 9,~~ (August) 2014
   I was indicted with possession with intent to distribute cocaine on
   October 9, 2014. I've been having Lewis Murry as a district attorney

2

when the possesion with intent to distribute when it was passed statue of limitation. Under La Crim Code of Procedure when you are fighting a non-violent charge for over three years it supposed to be dismiss. He conspired with my pro-bono lawyer Brian Meissner.

6. 22nd District Courtroom Franklinton, Louisiana
14 CR8-126 847
Rights of accused in criminal prosecutions

7. I didn't file

8. I didn't file

9. I didn't file

10. I didn't file

11. I didn't file

12. I didn't file

13
Ground One
My 6th, 8th, and 14th Amendment was broken
My possesion with intent of distribut cocaine, which really is a
possesion because it is under 3 grams, supposed to be dismiss after
three years. Under La. Crim. Code of Procedure a non-violent charge
supposed to be dismiss if you are incarcerated. It is passed the
statue of limitation. He conspired with my pro-bono lawyer Brian

3.

Mcinner. They don't bring me in the courtroom they just send him to the holding tank to see if I want to plea out. No, I didn't Appeal

14. No I didn't Appeal anything. The court won't answer my motions

15. Dismiss my pending charges. Also, Civil, Criminal, and Administrative liabilities.

Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 4-t-19

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

4-t-19                                    Jason Sprikes

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Jason Jarrell Spikes                    Civil Action
    vs.                                 No.
Lewis Murry                             Section " " Mag " "

                    Pleadings

Tittle 42 of U.S. Code Section 1983 - Civil Action for Deprivation of Civil Rights

Tittle 42 of U.S. Code Section 1985 - Conspiracy to Interfere with Civil Rights

Tittle 42 of U.S. Code Section 1981 - Equal Rights under the Law

Tittle 18 of U.S. Code Section 242 - Criminal Liability for Deprivation of Civil Rights

Tittle 18 of U.S. Code Section 241 - Criminal Liability for Conspiracy to Deprive a Person of Rights

Tittle 18 of U.S. Code Section 245 - Violation of Federally Protected Activities

Infliction or Mental or Emotional Distress

Ethnic Violation

TENDERED FOR FILING

APR 18 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

The Brady Rule on Disclosure of Evidence to the Accused

The Right to Effective Assistance of Counsel

The Right To A Fair And Impartial Trial

4-1-19

Jason Spikes

Certificate of Service

I hereby certify that I have served a
copy of this document on all counsel to
record either in person or by mailing it
postage prepaid on this
___1st___ day of April, 2019

Jason Spikes

Clerk of Court,

I'm writing the court. I don't know how many copies is needed. If you need more then these one copies. You can make copies, and send take it out of the application to proceed in pauper status. Also, these cases consolidate with

Jason Jarrell Spilker                    Civil Action
                vs                       No. 19-2500
22nd District Courtroom                  Section "M" Mg (2)



Jason Jewell Spikes
537025
Elayn Hunt Corr. Center
P.O. Box 174
St. Gabriel, LA 70776

United States District Court
Eastern District of Louisiana
500 Poydras St.
Orleans, LA 70130

Baton Rouge PLDC 708
APR 12 AM 2019 PM?

U.S. POSTAGE PITNEY BOWES
ZIP 49776 $ 001.45°
02 4W
0000351506 APR 12 2019





Jason Jarrell Spikes
Elayn Hunt Corr. Center
6925 Highway 74
St. Gabriel, LA. 70776

United States District Court
Eastern District of Louisiana
500 Poydras St.
New Orleans, LA. 70130



PRISON MAIL
NOT CENSORED. NOT RESPONSIBLE
FOR CONTENTS.
ELAYN HUNT CORRECTIONAL CENTER